NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EARNEST TOOKES,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7189

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-4465, Judge Kenneth B. Kramer.

---

**ON MOTION**

---

Before LOURIE, PROST, and MOORE, *Circuit Judges.*

PER CURIAM.

# ORDER

Earnest Tookes moves for "rehearing with a different panel of judges." We interpret this as a motion for reconsideration.[*]

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

APR 1 8 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Earnest Tookes
     Christopher A. Bowen, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 1 8 2012

JAN HORBALY
CLERK

---

[*] It is the practice of this court to bring a motion for reconsideration to the panel that ruled on the underlying action.